IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MACK MANDRELL LOYDE, | ) |
|     Plaintiff, | ) |
| | ) |
| | ) NO. 3:20-cv-00710 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| CORIZON HEALTH, INC; CAROLYNN KOLESNIKOFF; ELLIOT GARRETT; MOLLY O'TOOLE; KEISHA BEAN; CHRISTOPHER SMITH; and BROOKE EDWARDS, | ) |
|     Defendants. | ) |

## ORDER

In the below-discussed Suggestion of Bankruptcy and Automatic Stay (Doc. No. 106 "Suggestion"), the filing corporate Defendant indicates that its name is no longer Corizon Health, Inc., but rather is Tehum Care Services, Inc. and that it therefore can be referred to as Tehum Care Services, Inc. d/b/a Corizon Health, Inc. Accordingly, the Clerk is DIRECTED to notate the change in the name of this Defendant.

In its Suggestion, Tehum Care Services, Inc. d/b/a Corizon Health, Inc. provides notice that it has filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case"). Accordingly, pursuant to 11 U.S.C. § 362(a), the claims against it are automatically **STAYED**, pending further order of the Court.

After consultation with the assigned Magistrate Judge, the undersigned understands that Tehum Care Services, Inc. d/b/a Corizon Health, Inc. contends that the automatic stay extends to its employees, Defendants Molly O'Toole and Keisha Bean, and that counsel for Plaintiff (though

not conceding that this is the case) has not yet specifically challenged this contention. Accordingly, pursuant to 11 U.S.C. § 362(a), the claims against Defendants O'Toole and Bean are likewise automatically **STAYED**, pending further order of the Court.

The Clerk shall **TERMINATE** the Motion for Summary Judgment filed by these three Defendants (Doc. No. 74).[1] The Motion may be reopened, if appropriate, upon motion of any party after the stay is lifted.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] A fourth Defendant, Christopher Smith, joined in that motion for summary judgment, but he has since been dismissed (Doc. No. 102).